UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

     Plaintiff,

v.                                                                              Hon. Paul L. Maloney

GOOGLE, INC., et al.,                                          Case No. 1:26-cv-00956

     Defendants.

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, filed this matter on March 23, 2026, along with an application to proceed without payment of the filing fee. (ECF No. 2.) The form submitted does not comply with the current form and fails to provide the Court with sufficient information to determine Plaintiff's inability to pay the filing fee. Plaintiff was ordered to submit an amended application by March 31, 2026. (ECF No. 4.) Plaintiff has failed to provide an amended application.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: April 9, 2026                                     /s/ Sally J. Berens
                                                     SALLY J. BERENS
                                                     U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

2