UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

     Plaintiff,

                                   Case No. 1:26-cv-956

v.

                                   HONORABLE PAUL L. MALONEY

GOOGLE, INC., et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on March 23, 2026.  On April 9, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated:  April 30, 2026                           /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                       United States District Judge