UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROOSEVELT LASHAWN WILLIAMS,

    Plaintiff,

                                  Case No. 1:26-cv-956

v.

                                    HONORABLE PAUL L. MALONEY

GOOGLE, INC., et al.,

    Defendants.

_____/


## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  April 30, 2026                           /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge